IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL WARREN,<br>      Plaintiff, | : <br> : <br> : |
| v. | :    CIVIL ACTION NO. 16-0643 |
| PRIME CARE MEDICAL INC., *et al*.<br>      Defendants. | : <br> : <br> : |

## ORDER

**AND NOW**, this 20th day of December 2019, upon consideration of Defendants PrimeCare Medical, Inc. and Dr. Deborah J. Wilson's ("PrimeCare Defendants") Motion for Summary Judgment [Doc. No. 109], Defendants Jennifer Sanchez and Kurt Stametz's ("Officer Defendants") Motion for Summary Judgment [Doc. No. 111], and the responses thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1) The PrimeCare Defendants' Motion for Summary Judgment is **GRANTED**; and

2) The Officer Defendants' Motion for Summary Judgment is granted in part and denied in part as follows: the motion is **GRANTED** as to the state law claims and **DENIED** as to the federal claims.

It is so **ORDERED**.

                                                                **BY THE COURT:**

                                                                **/s/ Cynthia M. Rufe**

                                                                **CYNTHIA M. RUFE, J.**