# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL WARREN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PRIMECARE MEDICAL, INC., *et al.*,<br><br>　　　　Defendants. | Civil Action No. 5:16-cv-00643 |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Daniel Warren appeals to the United States Court of Appeals for the Third Circuit from the following Orders of the United States District Court for the Eastern District of Pennsylvania, together with any and all other rulings or determinations which such Orders refer to, reference, rely upon, or relate to:

- The Order entered on November 17, 2020 (ECF No. 142), by the Honorable Magistrate Judge Carol Sandra Moore Wells, dismissing this action with prejudice;

- The Order entered on December 20, 2019 (ECF No. 132), by the Honorable Judge Cynthia M. Rufe granting Defendants' PrimeCare Medical, Inc. and Dr. Deborah J. Wilson's Motion for Summary Judgment (ECF Nos. 109, 110) in the above-captioned proceeding;

- The Order entered on November 30, 2016 (ECF No. 32), by the Honorable Judge Legrome D. Davis granting the Motion to Dismiss (ECF No. 16) of Defendants Rebecca Davis, Daniel Hoffman, Deborah Wilson, Carl Hoffman, and PrimeCare Medical;

- The Order entered February 2, 2017 (ECF No. 42), by the Honorable Judge Legrome D. Davis granting the Motion to Dismiss (Doc. No. 34) filed by Defendants Rebecca Davis, Daniel Hoffman, Deborah Wilson, Carl Hoffman, and PrimeCare Medical;

- The Order entered August 14, 2017 (ECF No. 67), by the Honorable Judge Legrome D. Davis granting the Motion to Dismiss (ECF No. 52) filed by Defendants Rebecca Davis, Daniel Hoffman, Deborah Wilson, Carl Hoffman, and PrimeCare Medical.

Dated: December 17, 2020

Respectfully submitted,

*s/ David Newmann*
David Newmann (PA Bar No. 82401)
david.newmann@hoganlovells.com
Jessica K. Jacobs (PA Bar No. 321976)
jessica.jacobs@hoganlovells.com
Jasmeet K. Ahuja (PA Bar. No. 322093)
jasmeet.ahuja@hoganlovells.com
**HOGAN LOVELLS US LLP**
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
Telephone: (267) 675-4600
Facsimile: (267) 675-4601

*Counsel for Plaintiff Daniel Warren*

## CERTIFICATE OF SERVICE

I, David Newmann, hereby certify that, on December 17, 2020, I caused a true and correct copy of the foregoing Notice of Appeal to be electronically filed and served via the Court's electronic filing system upon the parties registered to receive electronic filings.

*s/ David Newmann*
David Newmann