# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIEL WARREN,**<br>　　　　　**Plaintiff,**<br>　　v.<br>**PRIMECARE MEDICAL, INC.,** *et al.***,**<br>　　　　　**Defendants.** | **CIVIL ACTION NO. 16-643** |

## ORDER

**AND NOW,** this 28th day of October 2021, upon consideration of Plaintiff's unopposed Motion for Entry of Final Judgment and Certification for Appeal [Doc. No. 147], the procedural posture of which is further discussed in the accompanying memorandum, it is hereby **ORDERED** that the Motion is **GRANTED** as follows: All claims and cross-claims (including the cross-claims asserted by Defendants Jennifer Sanchez and Kurt Stametz [Doc. No. 70]) that remained after summary judgment are **DISMISSED WITH PREJUDICE** as settled pursuant to the Order entered on November 17, 2020, by Magistrate Judge Carol Sandra Moore Wells [Doc. No. 142].

　　It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Cynthia M. Rufe**
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**